DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANGEL LUIS PEREZ, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0807

_____

July 10, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Angel Luis Perez, Jr., pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.